IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DYLAN KARNS,<br><br>Defendant. | ) | No. 26-CR-3043<br><br>**INDICTMENT**<br><br>**Count 1**<br>18 U.S.C. §§ 2250(a), (b)<br>Failure to Register as a Sex Offender<br><br>**Count 2**<br>18 U.S.C. §§ 111(a), (b)<br>Assaulting, Resisting, or Impeding Certain Officers or Employees |

The Grand Jury charges:

**Count 1**

**Failure to Register as a Sex Offender**

Between on or about July 15, 2026, to August 10, 2026, in the Northern District of Iowa and elsewhere, defendant DYLAN KARNS, being required to register under the Sex Offender Registration and Notification Act, having traveled in interstate and foreign commerce, knowingly failed to register and failed to update his registration as required by the Sex Offender Registration and Notification Act. The defendant was required to register under the Sex Offender Registration and Notification Act by reason of a conviction for third degree sex abuse, a class C felony, under Iowa Code 709.4, on or about July 2, 2007, in the Iowa District Court for Emmet County, in case number 03321 FECR009013, and a conviction for third degree sex abuse, a class C felony, under Iowa Code 709.4, on or about May 8, 2017, in the Iowa District Court for Emmet County, in case number 03321 FECR011119.

This was in violation of Title 18, United States Code, Sections 2250(a) and 2250(b).

## Count 2

### Assaulting, Resisting, or Impeding Certain Officers or Employees

On or about August 10, 2026, in the Northern District of Iowa, the defendant, DYLAN KARNS, did forcibly assault, resist, oppose, impede, intimidate, and interfere with any person designated in 18 U.S.C. § 1114, to wit: Robert Sellers, who was engaged in official duties and caused physical contact and inflicted bodily injury and with a dangerous weapon.

This was in violation of Title 18, United States Code, Sections 111(a) and (b).

LEIF OLSON
United States Attorney

By: [signature]

KRAIG R. HAMIT
Assistant United States Attorney

A TRUE BILL

[redacted] 9-16-26

Grand Jury Foreperson Date

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY

And filed 09.17.2026
PAUL DE YOUNG, CLERK